UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT LEE BOLES, JR., # 156632,<br>　　　　　　　Plaintiff,<br><br>-v-<br><br>ARAMARK CORRECTIONAL SERVICES, INC.,<br>et al.,<br>　　　　　　　Defendants. | No. 1:15-cv-721<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has dismissed all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: July 21, 2017　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge